**Exhibit A to the Complaint**

**Location:** Queens, NY  
**Total Works Infringed:** 64  
**IP Address:** 70.19.41.53  
**ISP:** Verizon Internet Services

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | E1522D8D5EE66F96296F06AF7B049398889C01D9 | 01/30/2025 16:49:55 | Vixen | 01/24/2025 | 02/18/2025 | PA0002515955 |
| 2 | 971b5709a1f8a2bdad7484fed2db06834f33e61d | 02/24/2025 17:03:26 | Vixen | 02/14/2025 | 02/18/2025 | PA0002515969 |
| 3 | 7161bf92b071350942eb7bf4642af7ff7b56de93 | 02/14/2025 13:36:54 | Blacked | 02/07/2025 | 02/18/2025 | PA0002515979 |
| 4 | 834c1d91bfae69d164727419afb38f9f98407fbb | 02/05/2025 18:59:37 | Vixen | 01/31/2025 | 02/18/2025 | PA0002515961 |
| 5 | A6F189AFF3929996CFF5F25DA60AA451873C0FC4 | 12/17/2024 22:51:14 | Vixen | 11/26/2021 | 01/07/2022 | PA0002337919 |
| 6 | 506AA130150EC159EA9A429DFCE609C9E699DF92 | 12/17/2024 22:21:05 | Vixen | 05/19/2023 | 06/09/2023 | PA0002415364 |
| 7 | 8A238DAD4C9213B1989EB065D735C3C915510CD4 | 12/17/2024 21:36:33 | Blacked | 11/29/2024 | 12/13/2024 | PA0002506313 |
| 8 | 78D7567CE06384C845FE282682084C645085ABB0 | 11/13/2024 16:49:59 | Blacked | 09/10/2024 | 09/17/2024 | PA0002490365 |
| 9 | 41a572496b878ffae77c7a757cbae1ed0eb9d57e | 10/16/2024 16:01:54 | Blacked Raw | 08/30/2021 | 09/30/2021 | PA0002319882 |
| 10 | c334760f02c4596c1f924cf1417842831b303146 | 10/13/2024 08:25:03 | Blacked Raw | 04/19/2021 | 04/27/2021 | PA0002288984 |
| 11 | 7ab491242724955fdb94331c57ed7811ccf6092c | 10/13/2024 04:48:00 | Tushy | 03/03/2024 | 03/12/2024 | PA0002459337 |
| 12 | da41f73c20ef0639fa92f3b337c2b4868d4cc850 | 10/13/2024 02:36:04 | Blacked | 03/04/2023 | 04/07/2023 | PA0002405754 |
| 13 | ac9eaed77104e528e4e2c7bf6891d685ee490454 | 10/12/2024 20:28:02 | Tushy | 08/09/2020 | 08/31/2020 | PA0002265642 |
| 14 | ea26c129667565f8bfe12c1828378bb7eb3dd0b5 | 10/12/2024 05:43:57 | Vixen | 06/14/2024 | 07/16/2024 | PA0002480600 |
| 15 | 8e5093f586461157ed2819a62f307e280fb9f631 | 10/04/2024 20:15:39 | Tushy | 04/28/2024 | 05/08/2024 | PA0002470009 |
| 16 | BA1A49725BBA10895B2D1BE70C605CFA2E2680A0 | 10/03/2024 17:18:57 | Vixen | 09/20/2024 | 10/16/2024 | PA0002494775 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | B8A96B8532913AB5844A47E52578684F34C240CC | 09/11/2024 15:26:03 | Blacked | 09/05/2024 | 09/17/2024 | PA0002490366 |
| 18 | 1662F86D95AD9C3BEC0D66FFBB9B0F5065CDFA6C | 08/17/2024 01:57:15 | Vixen | 08/02/2024 | 08/15/2024 | PA0002484855 |
| 19 | 8372bf892f2583727f9a37ecec92b7041a0d5fad | 08/07/2024 00:24:37 | Blacked Raw | 05/17/2021 | 06/03/2021 | PA0002299687 |
| 20 | 5b9846cf7538720e798c6d5dc1f3b7fe8ee80924 | 08/05/2024 09:20:13 | Milfy | 05/01/2024 | 06/20/2024 | PA0002477047 |
| 21 | AEF9CC52DB9550AF2BED6CD3120D730A09F31CC9 | 07/30/2024 14:32:33 | Vixen | 07/19/2024 | 08/15/2024 | PA0002484825 |
| 22 | 0148cd7d1e2f1d19697008532f652bec827224a7 | 07/27/2024 05:28:49 | Milfy | 06/14/2023 | 08/22/2023 | PA0002431060 |
| 23 | 6f785110de90b8e0664fa73bc3964c4549cc8a13 | 07/21/2024 21:18:20 | Blacked | 06/17/2023 | 07/13/2023 | PA0002420351 |
| 24 | 444f9b2659becf20bb92f6dd3f6b67ff489736d5 | 07/21/2024 01:24:35 | Blacked | 11/20/2021 | 12/09/2021 | PA0002325817 |
| 25 | d0c4df23914b7756fad48f83574ba4a15d05fc46 | 07/21/2024 00:44:25 | Blacked | 12/09/2023 | 01/15/2024 | PA0002449247 |
| 26 | 4c243503a80ec4b1ab768f5dcbdffe0623a2cc39 | 07/20/2024 00:25:08 | Tushy | 02/13/2022 | 03/29/2022 | PA0002342838 |
| 27 | 275b3cac2464132c88cd31e1b798f6e9d0271387 | 07/20/2024 00:15:45 | Tushy | 04/17/2022 | 04/23/2022 | PA0002346417 |
| 28 | aadf563f199c6532a25de24ef67834e18666d30e | 07/19/2024 00:21:50 | Blacked Raw | 03/21/2022 | 03/29/2022 | PA0002342707 |
| 29 | e40503043794ce355f725f3ec93b424c1f2aec5a | 07/17/2024 19:41:43 | Slayed | 07/18/2023 | 08/22/2023 | PA0002431035 |
| 30 | 7ddc769027ae67c756eadd976130dae6c412c9e4 | 07/16/2024 10:06:03 | Milfy | 05/22/2024 | 06/20/2024 | PA0002477021 |
| 31 | ade7f4b7d0aefa3f8e0ff47e4391596621551313 | 07/16/2024 07:12:08 | Blacked | 08/19/2021 | 09/30/2021 | PA0002319753 |
| 32 | 0a125174876a80f5fe34fd0639845ff75cda100b | 07/15/2024 08:42:43 | Slayed | 09/23/2021 | 11/01/2021 | PA0002326412 |
| 33 | 98ef7b09784062335aa145beea2f452aa055f698 | 07/15/2024 08:20:04 | Blacked | 03/19/2022 | 03/29/2022 | PA0002342841 |
| 34 | 191087adb4e45213632182b6b82f6f3edbd2b80f | 07/11/2024 20:59:23 | Blacked | 01/08/2022 | 01/17/2022 | PA0002330123 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 00A1660D7FA7D6536C17CF39AAFFFEB19CFE7DB2 | 07/10/2024 18:01:54 | Vixen | 07/05/2024 | 07/16/2024 | PA0002480633 |
| 36 | 3ad6c2716cde52715d2ba989c006ad781823b228 | 06/20/2024 21:01:32 | TushyRaw | 10/18/2023 | 11/14/2023 | PA0002439663 |
| 37 | de7cda0e72300931cccd3fb1cf21cb3347ecce24 | 06/19/2024 16:18:24 | Blacked Raw | 04/11/2022 | 04/23/2022 | PA0002346408 |
| 38 | 27967d46d6577c4fed36a41a9ada051f5d6668ad | 06/19/2024 11:14:35 | Vixen | 04/23/2021 | 04/27/2021 | PA0002288949 |
| 39 | 406adbacaf92b6a92563df16f1eb6c212f6ff2f9 | 06/13/2024 02:01:12 | Blacked Raw | 03/14/2022 | 03/29/2022 | PA0002342865 |
| 40 | 43ca23ade2e4e6fbf8fbb5bfaf489416be58bbe1 | 06/08/2024 18:30:01 | Tushy | 12/20/2020 | 01/05/2021 | PA0002269960 |
| 41 | 4d4b9d0dfab2937f91476a0f53b8f9cbeb679ff3 | 05/25/2024 00:04:30 | Vixen | 05/24/2024 | 06/18/2024 | PA0002476933 |
| 42 | e95d3bcaed245fb818939a5e0bb5f46bd8190788 | 05/07/2024 10:09:02 | TushyRaw | 10/11/2023 | 11/14/2023 | PA0002439659 |
| 43 | 6fbacd1a300163a11e107b85a3a81fb25065ab03 | 04/30/2024 09:13:06 | Blacked Raw | 11/23/2020 | 12/09/2020 | PA0002274806 |
| 44 | 9450D03426ED7C54F472FEDEAD82FC75D050B8EE | 04/28/2024 15:35:44 | Vixen | 04/05/2024 | 04/12/2024 | PA0002465444 |
| 45 | 250cfc39720ddb9cb1aa3602e437cd17c6f8d573 | 04/28/2024 00:18:03 | Tushy | 03/12/2023 | 04/07/2023 | PA0002405752 |
| 46 | 0358aa916fb163803de347d3d08dccecfab9179c | 04/19/2024 19:17:43 | Milfy | 01/17/2024 | 03/15/2024 | PA0002463443 |
| 47 | e3d43f8583b998366d59f5d2aac8e70d06e57783 | 04/18/2024 11:09:04 | Vixen | 11/06/2020 | 12/09/2020 | PA0002274936 |
| 48 | 55a6c2460be3d886bd98379c4f83e1eff0f91e9d | 04/17/2024 17:31:44 | Blacked Raw | 05/10/2021 | 06/15/2021 | PA0002296920 |
| 49 | 40db3801ea590e68c182260238a3d5941b59dd25 | 04/11/2024 20:27:18 | TushyRaw | 02/20/2024 | 03/12/2024 | PA0002459338 |
| 50 | 05b54f806a586af8bdb0b7f9c3b3a4cb567750e3 | 04/10/2024 10:14:58 | Blacked Raw | 04/01/2024 | 04/11/2024 | PA0002464924 |
| 51 | f2c9a95ef45963d9a9e418146c34f8224237372c | 03/24/2024 20:45:00 | Blacked | 12/02/2023 | 12/11/2023 | PA0002444887 |
| 52 | 3977b246313acab1b7ce41d41e5340bbafab281d | 03/24/2024 06:34:27 | Vixen | 10/13/2023 | 11/14/2023 | PA0002439697 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | 4ff32647d7dc0148291ec2bfd9ede016c8ab72c9 | 03/23/2024 12:14:29 | Blacked | 10/17/2020 | 11/05/2020 | PA0002263387 |
| 54 | 775f2ca14447d23424007e92cceae9378307b48e | 03/23/2024 12:14:29 | Vixen | 10/15/2021 | 10/19/2021 | PA0002317061 |
| 55 | 26f269f82bf4af38796c34064b2d737e30e457d3 | 03/23/2024 09:35:18 | Blacked | 08/07/2021 | 08/23/2021 | PA0002308431 |
| 56 | e2eac27979cae885745edf76aa7ce6e0ea5d73e8 | 03/20/2024 17:14:16 | Blacked | 01/30/2021 | 02/26/2021 | PA0002283695 |
| 57 | B2D673DB4DB2FE02E13948D817F002625C590F3E | 03/19/2024 15:23:44 | Tushy | 03/10/2024 | 04/12/2024 | PA0002465216 |
| 58 | bdc478b3399a146077fbe08ef9a6b73e770bced9 | 03/11/2024 23:45:55 | Blacked | 06/25/2022 | 07/22/2022 | PA0002359471 |
| 59 | D26D7925B0173914739A23AC3932F9E49C8B5555 | 03/03/2024 18:02:14 | Vixen | 03/01/2024 | 03/13/2024 | PA0002459594 |
| 60 | AFA75C50ECC5097B38CD8FC5E3A50757E48BD975 | 01/28/2024 15:10:04 | Vixen | 01/26/2024 | 02/13/2024 | PA0002454776 |
| 61 | f0eb5a6c5dac99b7dd5281a3a341a4024e25c0f8 | 01/10/2024 17:58:58 | Vixen | 08/04/2023 | 08/17/2023 | PA0002425763 |
| 62 | c9e35c214c29132e52ebda39cda37a2993dfd3e3 | 12/14/2023 14:37:33 | Vixen | 09/29/2023 | 10/18/2023 | PA0002435610 |
| 63 | 2dfc524a00d33855ee295c15804ea5d18c92b522 | 12/14/2023 14:37:30 | Vixen | 11/17/2023 | 12/13/2023 | PA0002445433 |
| 64 | 4b3cb4216d3319405f86ecda32e5d1fac44b03c2 | 12/13/2023 18:17:34 | Vixen | 12/01/2023 | 12/13/2023 | PA0002445428 |